**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DARYL GRAY,                          ) NO. CV 13-00861 JVS (SS)
                                     )
                Petitioner,          )
                                     )
        v.                           )         **JUDGMENT**
                                     )
ELVIN VALENZUELA, et al.,            )
                                     )
                Respondents.         )
_____ )

    Pursuant to the Court's Order Dismissing Habeas Action Without Prejudice,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 20, 2013

                              _____
                              JAMES V. SELNA
                              UNITED STATES DISTRICT JUDGE